# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,                                  Case 3:18-CR-57

  -vs-                                         Magistrate Judge Peter B. Silvian, Jr.

KATHLEEN GILL,

        Defendant.

## ORDER

The Government's Motion to Return Restitution Payment (Doc. #13) is **GRANTED**. Based on the restitution requirement in the above-captioned case being rescinded on March 22, 2023, the Clerk of Court is directed to return the $82.00 payment currently on deposit with the Court to the Defendant.

IT IS SO ORDERED.

<u>March 15, 2024</u>                                                               *s/Peter B. Silvain, Jr.*
                                                                          Peter B. Silvain, Jr.
                                                                          United States Magistrate Judge